UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK NOTTINGHAM,<br><br>　　　　Petitioner,<br><br>　v.<br><br>GARY SANDOR,<br><br>　　　　Respondent. | NO. EDCV 10-00241-CBM (MAN)<br><br>JUDGMENT |

　　Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

　　IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: 2/23/2010 .

　　　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE